**\*E-FILED\***
**June 10, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANNA SZELL,

      Plaintiff,

v.

MARTIN WILLIAM JEFFERSON, et al.,

      Defendants.
_____/

No. C 03-0440 RMW (RS)

**ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    By letter dated June 9, 2005, Ann Szell, through her counsel, David R. Flyer, requested that she be excused from personally appearing at the settlement conference scheduled for June 21, 2005. No opposition was filed by any party.

    Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Anna Szell be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on June 21, 2005.

    IT IS SO ORDERED.

Dated: June 10, 2005

                                       */s/ Richard Seeborg*
                                       RICHARD SEEBORG
                                       United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Peter Axelrod    p_axelrod@compuserve.com

Rex M. Clack    rclack@sterlingandclack.com

Claire T. Cormier    claire.cormier@usdoj.gov

Harvey Townsend Elam    helam@kennmark.com, rreith@kennmark.com;aroque@kennmark.com

David R. Flyer    davidflyerplc@aol.com,

Donald S. Honigman    dhonigman@kennmark.com, aroque@kennmark.com

Stephen Craig Kenney    skenney@kennmark.com, aroque@kennmark.com

David Eugene Russo    drusso@sterlingandclack.com, thefirm@sterlingandclack.com

John W. Shaw    jshaw@stl-lawoffices.com, nlombardo@stl-lawoffices.com

David Scott Spini    dspini@got.net,

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: June 10, 2005

                          CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                          By:    /s/ *BAK*