```
1  David R. Flyer, Bar No. 100697
   A Professional Law Corporation
2  4100 Birch Street, Suite 110
   Newport Beach, CA 92660
3  (949) 622-8444 (tel)
   (949) 622-8448 (fax)
4
   Rex M. Clack, Bar No. 59237
5  Paul Gary Sterling, Bar No. 135640
   STERLING & CLACK
6  A Professional Corporation
   101 Howard Street, Suite 400
7  San Francisco, CA 94105
   (415) 543-5300 (tel)
8  (415) 543-3335 (fax)

9  Attorneys for Plaintiff
   ANNA SZELL
10
```

| | |
|---|---|
| 11 | UNITED STATES DISTRICT COURT |
| 12 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION |
| 13 | *E-FILED - 8/4/05* |

| | | |
|---|---|---|
| 14 | ANNA SZELL, ) | CASE NO. C-03-04400 RMW (RS) |
| 15 | ) Plaintiff, ) | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO** |
| 16 | ) vs. ) | **FRCP 41(a)(1) OF ENTIRE ACTION AND ORDER THEREON** |
| 17 | ) MARTIN WILLIAM JEFFERSON, etc, ) et al, ) | |
| 18 | ) | |
| 19 | ) Defendants. ) _____ ) | |
| 20 | ) AND RELATED CROSS-CLAIM ) _____ ) | |
| 21 | | |

22  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS:

23      It is stipulated by and between all the remaining parties to
24  this action by and through their designated counsel, David R. Flyer
25  for plaintiff ANNA SZELL, and David Spini for defendants MARTIN
26  WILLIAM JEFFERSON, an individual, MARTIN JEFFERSON & SONS, a
27  California partnership, MARTIN JEFFERSON SONS TRANSPLANTING, an
28  unknown business entity, and JEFFERSON AG MANAGEMENT, INC., a

1  California corporation, that the above encaptioned action be and
2  hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), in
3  its entirety as to any and all causes of action.  Each party to
4  bear its own fees and costs.

**STERLING & CLARK, A PROFESSIONAL CORPORATION**

**DAVID R. FLYER, A PROFESSIONAL LAW CORPORATION**

DATED:   July 18, 2005          BY:   /s/
                                      David R. Flyer
                                      Attorneys for Plaintiff
                                      ANNA SZELL


**FITZPATRICK, SPINI & SWANSTON**

DATED:   July 18, 2005          BY:   /s/
                                      David S. Spini
                                      Attorneys for Defendants
                                      MARTIN WILLIAM JEFFERSON
                                      MARTIN JEFFERSON & SONS,
                                      MARTIN JEFFERSON SONS
                                      TRANSPLANTING, and JEFFERSON
                                      AG MANAGEMENT, INC.

IT IS SO ORDERED:

DATED:   August 4   , 2005        /s/ Ronald M. Whyte
                                  **UNITED STATES DISTRICT JUDGE**

[A1524\STIP-06.PLD]                -2-                  Case No. C-03-04400 RMW (RS)
                        STIPULATION RE DISMISSAL OF ENTIRE ACTION